IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | CASE NO.  24-6288-01-GEB |
| AUDRA A. ARNOLD<br>WICHITA, KANSAS | |

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about 24 August 2024 at McConnell Air Force Base, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, AUDRA A. ARNOLD did unlawfully go upon any military installation for a purpose prohibited by law or lawful regulation; or was found within any such installation after having been removed there from or ordered not to reenter by any officer or person in command or charge thereof, in violation of Title 18, United States Code Section 1382. (Criminal Trespass) (Class B Misdemeanor)

KATE E. BRUBACHER
United States Attorney

s/Jonathan D. Sullivan
JONATHAN D. SULLIVAN
Special Assistant U.S. Attorney
53285 Pratt Court Suite 109
McConnell AFB, KS 67221-3624
Tele:  316-759-3596 / Fax:  3588/1637
jonathan.sullivan.19@us.af.mil

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   11/5/2024

_____
HON GWYNNE E. BIRZER
U.S. Magistrate Judge