**In the United States District Court<br>for the District of Kansas**

---

**United States of America**,
    Plaintiff,

v.                                           Case No. 24-po-06288-01 GEB

**Audra A. Arnold,**
    Defendant.

---

**Order to Continue Arraignment**

---

Now on this 28th day of April, 2025, the above matter comes before the Court on Defendant Audra A. Arnold's Motion to Continue Arraignment (Doc. 11) to continue the arraignment scheduled for Tuesday, April 29, 2025, for 30 days. Counsel for the government has no objection to said continuance.

Having reviewed the motion, and being familiar with the case history, this Court finds the following:

1. Ms. Arnold is charged with one count Criminal trespass, a Class B misdemeanor, in violation of 18 U.S.C. § 1382.

2. Ms. Arnold's arraignment is currently set for Tuesday, April 29, 2025, at 11:00 a.m.

3. Last Thursday, April 24, Ms. Arnold underwent a medical procedure for her heart. She spent the night in the hospital and is still actively recovering from the procedure. She is not physically strong enough to attend Court and is still observing how her new medication affects her. Continuing her arraignment will allow her time to recover.

It is therefore ordered that the Motion to Continue Arraignment (Doc. 11) is granted. The arraignment is scheduled for May 27, 2025, at 11:00 a.m.

So ordered on this 28th day of April, 2025.

_____
GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE