**In the United States District Court
for the District of Kansas**

**United States of America**,
        Plaintiff,

v.                                          Case No. 24-po-06288-01 GEB

**Audra A. Arnold,**
        Defendant.

**Order to Dismiss with Prejudice**

Now on this __24th__ day of June, 2025, the above matter comes before the Court on the parties' joint oral motion to dismiss the above-captioned case with prejudice. The Court, having fully reviewed the matter and the motion, hereby grants the request.

IT IS THEREFORE ORDERED that the above-captioned case be dismissed with prejudice on this 24th day of June, 2025.

                                              _/s/ Brooks Severson_
                                              BROOKS G. SEVERSON
                                              UNITED STATES MAGISTRATE JUDGE